AEE

**FILED**
**JANUARY 10, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 233**

**JUDGE MANNING**
**MAGISTRATE JUDGE ASHMAN**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

EUGENE BROWN,
Plaintiff,
v.
CITY OF CHICAGO, et al.
Defendants.

Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

EUGENE BROWN

| | |
|---|---|
| **NAME** (Type or print) | |
| Katie Z. Ehrmin | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) | |
| s/ Katie Z. Ehrmin | |
| **FIRM** | |
| Law Office of Jeffrey B. Granich | |
| **STREET ADDRESS** | |
| 53 West Jackson Blvd., Suite 840 | |
| **CITY/STATE/ZIP** | |
| Chicago, IL 60604 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6292120 | 312-939-9009 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐