**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Eugene Brown
                                Plaintiff,

v.                                                Case No.: 1:08−cv−00233
                                                      Honorable Blanche M. Manning

City of Chicago, Illinois, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 25, 2008:

       MINUTE entry before Judge Blanche M. Manning : Defendants S. S. Brandon and I. Lee, Jr. shall answer the complaint by 2/4/2008 and defendant City of Chicago shall answer the complaint by 2/6/2008. Counsel for the parties are to confer pursuant to Rule 26(f) and file a joint, proposed discovery scheduling plan report by 2/14/2008, and to appear before this court for status and to set further dates on 2/19/2008 at 11:00 AM.. The court urges the parties to discuss settlement. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.