UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Eugene Brown
                              Plaintiff,
v.                                              Case No.: 1:08−cv−00233
                                                Honorable Blanche M. Manning
City of Chicago, Illinois, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 15, 2008:

    MINUTE entry before Judge Blanche M. Manning : Status hearing set for 2/19/2008 is reset to 4/17/2008 at 11:00 AM. This case is referred to Magistrate Judge Ashman for discovery supervision, ruling on all nondispositive pretrial motions, as well as settlement discussions at the appropriate time.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.