# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EUGENE BROWN, ) | |
| ) | **No. 08 C 233** |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE MANNING |
| ) | |
| CITY OF CHICAGO, ILLINOIS and CHICAGO ) | |
| POLICE OFFICER I. LEE, JR., Star No. 10353, ) | Magistrate Judge Ashman |
| and CHICAGO POLICE OFFICER ) | |
| S.S. BRANDON, Star No. 18866, ) | |
| ) | JURY DEMAND |
| Defendants. ) | |

## NOTICE OF MOTION

To:   Jeffrey B. Granich
      Law Offices of Jeffrey B. Granich
      53 West Jackson Boulevard
      Suite 840
      Chicago, Illinois  60604
      jeffreygranich@mac.com

      **PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court **City of Chicago's Agreed Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint**, a copy of which is attached hereto and herewith served upon you.

      **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Manning, or before such other Judge sitting in her stead, on the 13th day of March, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

      **DATED** at Chicago, Illinois this 10th day of March, 2008.

      Respectfully submitted,

      MARA S. GEORGES
      Corporation Counsel
      City of Chicago

By:   /s/ Thomas J. Aumann
      THOMAS J. AUMANN
      Assistant Corporation Counsel

City of Chicago, Department of Law
30 North LaSalle Street
Suite 1020
Chicago, Illinois  60602
(312) 744-1566 (Phone)
(312) 744-3989 (Fax)
Atty. No. 06282455