**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Eugene Brown
                                         Plaintiff,

v.                                                                 Case No.: 1:08−cv−00233
                                                                 Honorable Blanche M. Manning

City of Chicago, Illinois, et al.
                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 12, 2008:

      MINUTE entry before Judge Blanche M. Manning : Defendant City of Chicago's agreed motion for extension of time to 4/3/2008 to answer or otherwise plead [17] is granted. This case having been referred to Magistrate Judge Ashman, in part, for ruling on all nondispositive pretrial motions, future motions of this type shall be noticed before him.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.