## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

Eugene Brown
                        Plaintiff,

v.                                                Case No.: 1:08−cv−00233
                                                Honorable Blanche M. Manning

City of Chicago, Illinois, et al.
                        Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 13, 2008:

      MINUTE entry before Judge Martin C. Ashman :Magistrate Judge Status hearing held on 3/13/2008; and continued to 6/5/2008 at 10:00 AM. Exchange of 26(a)(1) disclosures by 4/11/2008. Fact discovery ordered closed by 8/1/2008. Dispositive motions due by 9/5/2008. Plaintiff's expert disclosures by 9/15/2008. Defendants' expert disclosures by 10/6/2008. Mailed notice.(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.