UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EUGENE BROWN, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>) No. 08 C 00233<br>CITY OF CHICAGO, ILLINOIS, et al., ) Judge Manning<br>) Magistrate Judge Ashman<br>)<br>)<br>)<br>)<br>Defendants. ) | |

**PLAINTIFF'S MOTION FOR SUBSTITUTION OF COUNSEL**

Eugene Brown, Plaintiff, by and through his undersigned attorney, Josh M. Friedman, pursuant to Local Rule 83.17, for his Motion for Substitution of Counsel, states as follows:

Plaintiff requests that Josh M. Friedman, of the Law Offices of Josh Friedman, be granted leave to substitute as counsel of record in place of Katie Z. Ehrman, and that Ms. Ehrman be permitted to withdraw. A copy of Mr. Friedman's Appearance is attached hereto as Exhibit A.

WHEREFORE, Plaintiff respectfully requests that this court enter an order substituting Josh M. Friedman for Katie Z. Ehrman as counsel of record for Plaintiff in this case.

1

                                                Respectfully Submitted,

                                                EUGENE BROWN

                                  By:    /s/ Josh M. Friedman
                                              One of his attorneys

Jeffrey B. Granich
Law Offices of Jeffrey B. Granich
53 W. Jackson Blvd.
Suite 840
Chicago, IL 60604
(312) 939-9009
A.R.D.C. No. 6207030
Attorney for Plaintiff

Josh M. Friedman
Law Offices of Josh M. Friedman
53 W. Jackson Blvd.
Suite 840
Chicago, IL 60604
 (312) 886-0277
A.R.D.C. No. 6220313
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

      I, Josh Friedman, Attorney for Plaintiff, hereby certify that a copy of the foregoing Motion for Substitution of Counsel was served pursuant to the United States District Court for the Northern District of Illinois' Electronic Filing System on the individuals listed below on this 10th day of April, 2008:

**Shneur Z. Nathan**
City of Chicago, Department of Law
30 North LaSalle Street, Suite 900
Chicago, IL 60602
Email: lw09512@cityofchicago.org

**Thomas Jon Aumann**
City of Chicago, Department of Law
30 North LaSalle Street, Suite 1020
Chicago, IL 60602
Email: thomas.aumann@cityofchicago.org

/s/ Josh M. Friedman
One of the attorneys for Plaintiff