UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EUGENE BROWN, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CITY OF CHICAGO, ILLINOIS, et al., )<br>)<br>)<br>)<br>)<br>)<br>Defendants. ) | No. 08 C 00233<br>Judge Manning<br>Magistrate Judge Ashman |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Tuesday, April 15, 2008 at 10:30 a.m.**, we shall appear before the Honorable Magistrate Judge Martin C. Ashman, or any judge sitting in his stead, in Courtroom 1386, United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and shall present **Plaintiff's Motion for Substitution of Counsel**.

DATED: April 10, 2008

                                              Respectfully Submitted,

                                              EUGENE BROWN

                      By:    /s/ Josh M. Friedman
                                One of his attorneys

1

Jeffrey B. Granich
Law Offices of Jeffrey B. Granich
53 W. Jackson Blvd.
Suite 840
Chicago, IL 60604
(312) 939-9009
A.R.D.C. No. 6207030
Attorney for Plaintiff

Josh M. Friedman
Law Offices of Josh M. Friedman
53 W. Jackson Blvd.
Suite 840
Chicago, IL 60604
 (312) 886-0277
A.R.D.C. No. 6220313
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

      I, Josh Friedman, Attorney for Plaintiff, hereby certify that a copy of the foregoing Notice of Motion was served pursuant to the United States District Court for the Northern District of Illinois' Electronic Filing System on the individuals listed below on this 10th day of April, 2008:


**Shneur Z. Nathan**
City of Chicago, Department of Law
30 North LaSalle Street, Suite 900
Chicago, IL 60602
Email: lw09512@cityofchicago.org

**Thomas Jon Aumann**
City of Chicago, Department of Law
30 North LaSalle Street, Suite 1020
Chicago, IL 60602
Email: thomas.aumann@cityofchicago.org




/s/ Josh M. Friedman
One of the attorneys for Plaintiff