# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | Martin C. Ashman |
|---|---|---|---|
| **CASE NUMBER** | 08 C 233 | **DATE** | 4/15/2008 |
| **CASE TITLE** | Eugene Brown vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for substitution of counsel [28] is granted. Katie Z. Ehrman is permitted to withdraw as counsel for plaintiff. Josh M. Friedman is hereby substituted as counsel of record for plaintiff.

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | IS |
|---|---|---|