UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Eugene Brown
                        Plaintiff,
v.                                             Case No.: 1:08−cv−00233
                                                             Honorable Blanche M. Manning
City of Chicago, Illinois, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 17, 2008:

      MINUTE entry before the Honorable Blanche M. Manning:Status hearing held on 7/17/2008. Status hearing set for 7/24/2008 at 11:00 AM. A revised settlement agreement and agreed order shall be provided to the court at the next status hearing.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

Case 1:08-cv-00233   Document 35   Filed 07/17/2008   Page 1 of 1