IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EUGENE BROWN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CITY OF CHICAGO, ILLINOIS and CHICAGO ) <br> POLICE OFFICER I. LEE, JR., Star No. 10353, and ) <br> CHICAGO POLICE OFFICER S.S. BRANDON, ) <br> Star No. 18866, ) <br> ) <br> Defendants. ) | No. 08 C 233 <br><br> Judge Manning <br><br> Magistrate Judge Ashman <br><br> JURY TRIAL DEMANDED |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Eugene Brown, by one of his attorneys, Jeffrey B. Granich, and defendants, Isaac Lee, Jr. and Sean Brandon, by one of their attorneys, Shneur Nathan, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby orders as follows:

All of the claims of plaintiff, Eugene Brown, against defendants, City of Chicago, Isaac Lee, Jr. and Sean Brandon, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees.

| | |
|---|---|
| Shneur Nathan <br> Assistant Corp. Counsel <br> 30 N. LaSalle St., 1400 <br> Chicago, IL 60602 <br> 312-742-1842 <br> ARCC No. 6294495 | ENTER: *Blanche M. Manning* <br> The Honorable Blanche M. Manning <br> United States District Judge <br><br> DATED: July 24, 2008 |